IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FRED HANKS,

    Petitioner,

v.                                               CASE NO. 5:13-cv-400-RS-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 4). Petitioner has not filed an objection. I have reviewed the report and recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Petitioner's successive writ of habeas corpus (Doc. 1) is **DISMISSED WITH PREJUDICE**.

3. The certificate of appealability is **DENIED** because Petitioner did not make a substantial showing of the denial of a constitutional right.

4. The clerk is directed to close the file.

**ORDERED** on January 14, 2014.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**